ZEICHNER ELLMAN & KRAUSE LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-9100
William T. Marshall, Jr. (0626)
Attorneys for Defendant Citibank, N.A.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELVIN BASKIN,<br><br>      Plaintiff,<br><br>- v -<br><br>CITIBANK, N.A.,<br><br>      Defendant. | Civil Action No.: 08-cv-3034 (PGS-ES)<br><br>**VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

*So Ordered*
*Peter M[illegible]*
*10/10/08*

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff in the above-captioned matter, Melvin Baskin, hereby voluntarily **DISMISSES** this action **WITH PREJUDICE** and without costs and attorney's fees.

Dated: Fort Lee, New Jersey
    July 8, 2008

                   *Melvin Baskin*  7-9-2008
                   MELVIN BASKIN
                   Plaintiff, Pro Se
                   100 Old Palisade Road
                   Apt. 3116
                   Fort Lee, New Jersey 07024
                   (201) 461-0446